UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, HISCOX SYNDICATE 33, | |
| Plaintiff, | 21-CV-1942 (SHS) |
| v. | ORDER |
| AMTRUST FINANCIAL SERVICES, INC., | |
| Defendant. | |

---

SIDNEY H. STEIN, U.S. District Judge.

  On March 5, 2021, plaintiff Certain Underwriters at Lloyd's, London, Hiscox Syndicate 33 filed this action against defendant AmTrust Financial Services, Inc. (ECF No. 1.) On April 21, 2021, Certain Underwriters at Lloyd's, London subscribing to Policy Nos. B0507 N17FA23160 and B0507 N17FA24460, Forge Underwriting Ltd., and PartnerRe Ireland Insurance dac (collectively, the "Proposed Intervenors"), moved to intervene in this action. (ECF No. 15.)

   While the Proposed Intervenors' motion to intervene was pending before this Court, the parties to the action—plaintiff Hiscox and defendant Amtrust—filed a joint stipulation of dismissal of the action with prejudice. (ECF No. 34.) The Court signed that stipulation on July 13. (ECF No. 37.)

   On July 16, the Proposed Intervenors filed a letter seeking clarification from the Court regarding whether Amtrust should file an Answer to the Proposed Intervenor Complaint, or whether the pending motion to intervene was deemed moot by the dismissal of the original complaint. (ECF No. 38.)

   A voluntary dismissal terminates the court's jurisdiction over the action "for the reason that the case has become moot.'" *U.S. D.I.D. Corp. v. Windstream Commc'ns, Inc.*, 775 F.3d 128, 134 (2d Cir. 2014) (quoting *Oneida Indian Nation of N.Y. State v. Oneida Cnty.*, 622 F.2d 624, 629 n.7 (2d Cir. 1980)). Because the sole plaintiff and sole defendant in this case signed a stipulation of voluntary dismissal, the pending motion to intervene is moot. *See Dukes v. Wal-Mart Stores, Inc.*, No. 1-CV-2252, 2016 WL 4269093, at *2 (N.D. Cal. Aug. 15, 2016).

The motion of the Proposed Intervenors to intervene (ECF No. 15) is denied as moot and the Clerk of Court is directed to close this action.

Dated: New York, New York
July 29, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.